2

JAN P. JOHNSON, CHAPTER 13 TRUSTEE
P. O Box 1708
Sacramento, CA 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re: NAM CHUL PAIK, ) CASE NUMBER: 09-32806 B13
)
)
BOK JA PAIK ) §341 MEETING REPORT AND
) CHAPTER 13 TRUSTEE'S
) RECOMMENDATION FOR
) CONFIRMATION OF PLAN
)
)
Debtor(s)

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, having examined the debtor(s) pursuant to 11 U.S.C. §341(a) submits the following report:

**§341 MEETING DATE:** July 30, 2009

[X] Debtor appeared   [X] Joint Debtor appeared   [X] Counsel appeared

[ ] Debtor failed to appear   [ ] Joint debtor failed to appear   [ ] Counsel failed to appear

[ ] Appearance(s) not required as meeting technically continued

[ ] Debtor failed to file a Chapter 13 Plan

[ ] Debtor failed to file all required schedules and/or statements

**§341 MEETING STATUS:**

☐ Meeting concluded

☒ Meeting concluded with no objection to confirmation

☐ Meeting concluded with no objection to confirmation pending the receipt of requested documents/amendments within 5 days from the conclusion of the §341 meeting

　　☐ Trustee to proceed with previously filed motion

☐ Meeting continued to:

☐ Meeting technically continued to receive requested documents/amendments

**ACTION TO BE TAKEN BY TRUSTEE:**

☐ TRUSTEE FILING MOTION TO DISMISS

☐ TRUSTEE FILING OBJECTION TO CONFIRMATION

☐ TRUSTEE FILING OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION(S)

　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:　August 03, 2009

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa Wilson
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Trustee's Representative