2009-32806
FILED
August 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002011683

Mark A. Wolff (175570)
WOLFF & WOLFF
8861 Williamson Drive, Suite 30
Elk Grove CA 95624
Phone: (916) 714-5050
Fax: (916) 714-5054
e-mail: attorneys@wolffandwolff.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

David Nam Paik

Bok Paik

09-32806-B-13J

Chapter 13

## ORDER CONFIRMING CHAPTER 13 PLAN

The Chapter 13 plan of the above-named debtor(s) filed on June 22, 2009 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, IT IS ORDERED THAT the plan is confirmed.

IT IS FURTHER ORDERED THAT:

1. The Debtor(s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court, Debtor(s) attorney, and the Trustee of any change in the debtor(s) address;

2. The debtor shall immediately notify Debtor(s) attorney, in writing, of any termination, reduction of or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the Court.

IT IS FURTHER ORDERED THAT the attorney fees in the full amount of $5,000.00 are approved, $4,000.00 of which was paid prior to the filing of the petition. The Balance of

RECEIVED
August 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002011683

$1,000.00 provided that the debtors and attorney have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the Trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases. Attorney may apply for additional fee should the actual fees exceed the amount approved herein.

IT IS FURTHER ORDERED THAT, pursuant to 11 U.S.C. §1323, the plan is amended as follows: Section 6.01 now states that any property of the estate scheduled under section 521 shall revest in Debtor on confirmation.

Approved as to form:
Chapter 13 Trustee

By: _____
Trustee's Representative

[x] Jan Johnson
[ ] Lawrence Loheit
[ ] Russell Greer

Dated: August 14, 2009

_____
Thomas C. Holman
United States Bankruptcy Judge